APPEAL NO. 77-246. BILLY PACE, DOROTHY PACE AND CANDACE PACE P.A. *v.* WOMEN AND INFANTS HOSPITAL OF RHODE ISLAND (FORMERLY THE PROVIDENCE LYING-IN HOSPITAL) *et al.* This case was heard on the Motion Calendar for December 5, 1978, wherein the plaintiffs were directed to show cause why this case should not be remanded to the Superior court for non compliance with Super. R. Civ. P. 54(b). No cause having been shown the case is remanded to the Superior Court for compliance with Rule 54(b). *Netti C. Vogel,* for plaintiffs. *John F. Dolan, Kirk Hanson, Joseph A. Kelley,* for defendants.

## February 15, 1979.

M. P. No. 78-450. EUGENE H. MENARD *et al. v.* AMERICAN UNIVERSAL INSURANCE COMPANY. The petition for writ of certiorari is denied and the stay previously granted in this case is vacated. Mr. Chief Justice Bevilacqua did not participate. *Soucy and Theriault, Inc., William G. Savastano,* petitioners. *Higgins & Slattery, Robert J. Dumouchel,* for respondent.

M. P. No. 78-463. STATE *v.* RICHARD FOGARTY. The petition for writ of habeas corpus and the petition for writ of certiorari are denied. Mr. Chief Justice Bevilacqua did not participate. *Dennis J. Roberts II,* Attorney General, *Thomas H. Caruolo,* Special Assistant Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Nicholas Trott Long,* Assistant Public Defender, for defendant-petitioner.

C. A. No. 78-281. CAROL PETRARCA *v.* WILLIAM PETRARCA. The motion of William Petrarca to withdraw his appeal is granted. Mr. Chief Justice Bevilacqua did not participate. *William Petrarca,* pro se, for defendant.